Scobey v. Nucor Steel-Arkansas                                                                                           Doc. 3
Case 3:06-cv-00078-SWW    Document 3    Filed 05/09/2006    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TALMADGE SCOBEY                                                                        PLAINTIFF

v.                                           No. 3:06CV00078 GH

NUCOR STEEL-ARKANSAS                                                                  DEFENDANT

## ORDER

The May 8th motion (#2) for admission of Justin S. Gilbert to practice *pro hac vice* as counsel for plaintiff is hereby granted.

IT IS SO ORDERED this 9th day of May, 2006.

*George Howard Jr*
UNITED STATES DISTRICT JUDGE