IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TALMADGE SCOBEY                                                        PLAINTIFF

v.                                    No. 3:06CV00078 GH

NUCOR STEEL-ARKANSAS                                          DEFENDANT

### ORDER

The May 8th motion (#2) for admission of Justin S. Gilbert to practice *pro hac vice* as counsel for plaintiff is hereby granted.

IT IS SO ORDERED this 9th day of May, 2006.

/s/ George Howard, Jr.
UNITED STATES DISTRICT JUDGE