IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TALMADGE SCOBEY

VS                              NO.3:06CV00078 GH

NUCOR STEEL-ARKANSAS

## **ORDER**

Upon motion of the defendant (#15) and for good cause shown, the above styled case is continued on the court's calendar to the week of August 20, 2007 in Jonesboro..

The discovery cutoff date is extended to June 1, 2007. Dispositive motions are due June 15, 2007. Pretrial conference information sheets, exhibit and witness lists are due June 29, 2007. Jury instructions are due August 6, 2007. All deadlines not changed herein remain in effect.

Dated this 4th day of January, 2007.

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK


BY: /s/ Patricia L. Murray
\           COURTROOM DEPUTY CLERK