IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| TALMADGE SCOBEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:06cv0078 SWW |
| | * | |
| | * | |
| | * | |
| NUCOR STEEL-ARKANSAS | * | |
| | * | |
| Defendant. | * | |

## ORDER

Because of other matters on this Court's docket, the trial scheduled for January 14, 2008, is hereby continued. Defendant's motion [doc.#40] for oral hearing on its motion for summary judgment is hereby granted. The parties' motion for a pretrial hearing [doc.#41] is denied without prejudice. The Court will schedule a telephone conference on the pending motions for summary judgment in due course.

IT IS SO ORDERED this 18th day of December 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE